**No. 09-729. Carl Melvin Townes, Petitioner v. Larry W. Jarvis, Warden, et al.**

559 U.S. 1005, 130 S. Ct. 1883, 176 L. Ed. 2d 363, 2010 U.S. LEXIS 2651.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 577 F.3d 543.

**No. 09-736. Steven A. Hudson, et al., Petitioners v. United States.**

559 U.S. 1005, 130 S. Ct. 1883, 176 L. Ed. 2d 363, 2010 U.S. LEXIS 2571.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 575 F.3d 1332.

**No. 09-807. James Henry Deneal, Petitioner v. Ronny Shaver.**

559 U.S. 1005, 130 S. Ct. 1884, 176 L. Ed. 2d 363, 2010 U.S. LEXIS 2570, █

March 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.

**No. 09-808. Fred Beck, et al., Petitioners v. Koppers Inc., fka Koppers Industries Inc., et al.**

559 U.S. 1006, 130 S. Ct. 1884, 176 L. Ed. 2d 363, 2010 U.S. LEXIS 2745.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-809. Thomas Eames, et al., Petitioners v. Nationwide Mutual Insurance Company.**

559 U.S. 1006, 130 S. Ct. 1884, 176 L. Ed. 2d 363, 2010 U.S. LEXIS 2565.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 346 Fed. Appx. 859.

**No. 09-814. Gortho, Limited, Petitioner v. Auto-Owners Insurance Company.**

559 U.S. 1006, 130 S. Ct. 1884, 176 L. Ed. 2d 363, 2010 U.S. LEXIS 2584.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 580 F.3d 543.

**No. 09-816. J. Doe, Petitioner v. Richard L. Duncan, et al.**

559 U.S. 1006, 130 S. Ct. 1885, 176 L. Ed. 2d 363, 2010 U.S. LEXIS 2707.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Tennessee, Eastern Division, denied.